THE STATE OF OHIO, APPELLANT, *v.* GINLEY, APPELLEE.

[Cite as *State v. Ginley*, 130 Ohio St.3d 1214, 2011-Ohio-5447.]

(No. 2010–1925—Submitted October 4, 2011—Decided October 26, 2011.)

{¶ 1} The cause is dismissed, sua sponte, as having been improvidently accepted.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, LANZINGER, CUPP, and MCGEE BROWN, JJ., concur.

William D. Mason, Cuyahoga County Prosecuting Attorney, and Matthew Meyer, Assistant Prosecuting Attorney, for appellant.

Susan J. Moran, for appellee.

Robert L. Tobik and John T. Martin, urging dismissal or affirmance for amicus curiae, Cuyahoga County Public Defender.